# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED
2007 MAY 23 P 1: 25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Agustin BENITEZ-Mondragon

E-FILING

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER: 07 70303 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __March 23, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                          *Official Title*
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____ 5/17/07
                                    ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__5/22/07__                                at   __San Jose, California__
  *Date*                                            *City and State*

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE
  *Name & Title of Judicial Officer*

_____
Signature of Judicial Officer

RE: Agustin BENITEZ-Mondragon                                           A72 091 003

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office.  In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)   The DEFENDANT Agustin BENITEZ-Mondragon, is a 24-year-old male, citizen and native of Mexico, born on August 4, 1972, in Michoacan, Mexico, substantiated by multiple statements made to that effect by the DEFENDANT on April 11, 2007, to ICE Immigration Enforcement Agent (IEA) Erin Diep of the San Jose, California DRO Sub-Office;

(2)   The DEFENDANT has been assigned Alien Registration number of A072 091 003, FBI number of 187704PA4, and California Criminal State ID Number of A09767824;

(3)   On July 17, 1991, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of POSSESSION FOR SALE – COCAINE, a felony, in violation of California Health and Safety Code Section 11351, and was sentenced to five months in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(4)   On January 8, 1992, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of POSSESSION FOR SALE – COCAINE, a felony, in violation of California Health and Safety Code Section 11351, and was sentenced to two years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(5)   On December 22, 1992, the DEFENDANT was determined to be unlawfully present in the United States by the U.S. Immigration Court San Ysidro, CA and ordered deported from the United States to Mexico;

(6)   On June 14, 1993, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of POSSESSION FOR SALE – COCAINE, a felony, in violation of California Health and Safety Code Section 11351, and was sentenced to twelve months in jail.  This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(7)   On December 15, 1995, the DEFENDANT was convicted in the United States District Court Northern District of California of Section 8 USC 1326(a) and sentenced to two years federal prison.

Agustin BENITEZ-Mondragon                                          A72 091 003

(8) On July 17, 1998, the DEFENDANT was determined to be unlawfully present in the United States by the U.S. Immigration Court Imperial, CA and ordered deported from the United States to Mexico;

(9) On February 19, 2003, the DEFENDANT was convicted in the Superior Court of California, for the offense of TRANSPORT/SELL A CONTROLLED SUBSTANCE, a felony, in violation of California Health and Safety Code Section 11379, and was sentenced to two years in state prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(10) On, April 11, 2007, the DEFENDANT was encountered by IEA Erin Diep, at the Santa Clara County Jail {Elmwood Facility}, and determined to be unlawfully present in the United States after a prior deportation and IEA Diep advised the DEFENDANT his Miranda rights in the English language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

(11) The DEFENDANTS official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(12) Based on the above stated information, this Officer believes there is sufficient probable cause that the DEFENDANT is present within the United States in violation of Title 8, United States Code, Section 1326.

*[signature]*
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 22 day of May, 2007

*[signature]*
Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE