No. **CR 07 00408 JF HRL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *SAN JOSE DIVISION*

FILED
2007 JUN 27 P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

## THE UNITED STATES OF AMERICA
### *vs.*
### AGUSTIN BENITEZ-MONDRAGON

## INDICTMENT

**COUNT ONE**: Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
*Foreperson*

Filed in open court this 26 day of June

A.D. 2007

_____
*United States Magistrate Judge*

Bail. $ no bail

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION
13  UNITED STATES OF AMERICA,        )  CR No. 07 00408 JF
14          Plaintiff,                )
                                      )  VIOLATION: 8 U.S.C. § 1326 –
15      v.                            )  Illegal Re-Entry Following Deportation
                                      )
16  AGUSTIN BENITEZ-MONDRAGON,        )
                                      )  SAN JOSE VENUE
17          Defendant.                )
                                      )
18  _____   )

19                   I N D I C T M E N T

20  The Grand Jury charges:

21      On or about April 11, 2007, the defendant

22              AGUSTIN BENITEZ-MONDRAGON,

23  an alien, previously having been arrested and deported from the United States on or about

24  December 22, 1992 and July 17, 1998, was found in the Northern District of California, the

25  Attorney General of the United States and the Secretary for Homeland Security not having

26  expressly consented to a re-application by the defendant for admission into the United States, in

27  //

28  //

INDICTMENT

1 | violation of Title 8, United States Code, Section 1326.
2 | DATED: 27-Jun-2007                    A TRUE BILL
3 |
4 |                                       _____
                                          FOREPERSON
5 | SCOTT N. SCHOOLS
    United States Attorney
6 |
7 | _____
    DAVID R. CALLAWAY
8 | Deputy Chief, San Jose Branch Office
9 |
10 | (Approved as to form: _____ )
                            AUSA JEFFREY SCHENK
11 |
12 |
...
28 |

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

FILED

### OFFENSE CHARGED
8 USC §. 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.
▶ AGUSTIN BENITEZ-MONDRAGON

DISTRICT COURT NUMBER
CR 07 00408 JF

2007 JUN 27 P 4: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

HRL

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
S/A Darin Masterton - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **JEFFREY SCHENK**

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges
 ☐ Fed'l ☒ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed ▶ Month/Day/Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: