UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

Northern District of California
Office of the Clerk
280 South 1st Street
San Jose, CA 95113

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE:      USA vs. AGUSTIN BENITEZ–MONDRAGON
USDC No.:   1:07–MJ–00251–SMS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated October 24, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**November 1, 2007**       /s/ S. Arellano
                           Deputy Clerk

RECEIVED BY:    Tiffany Salinas-Harwell
                Please Print Name

DATE RECEIVED:  NOV 1 5 2007

NEW CASE
NUMBER:

# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

**FILED**

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| | OCT 24 2007 |
| UNITED STATES OF AMERICA | Docket Number |
| vs | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |
| Agustin Benitez-Mondragon | Magistrate Case Number |
| | 1:07mj00251 SMS |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 8 U.S.C. § SECTION 1326

DISTRICT OF OFFENSE: Northern District of CA, San Jose

DESCRIPTION OF CHARGES: Deported Alien Found in the United States

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
__ Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

Representation: __ Retained Counsel ✓ Federal Defender __ CJA Attorney __ None

Interpreter Required?   __ No   ✓ Yes   Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date: 10/24/07

GARY S. AUSTIN, United States Magistrate Judge

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

as of 10/2000

I hereby attest and certify on 11/1/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

CLOSED, INTERPRETER

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CRIMINAL DOCKET FOR CASE #: 1:07-mj-00251-SMS All Defendants
### Internal Use Only

Case title: USA v. Benitez-Mondragon

Date Filed: 10/23/2007
Date Terminated: 10/24/2007

Assigned to: Magistrate Judge Sandra M. Snyder

**Defendant**

**Agustin Benitez-Mondragon** (1)
*TERMINATED: 10/24/2007*

represented by **Marc C Ament**
Federal Defender's Office
2300 Tulare St., Ste. 330
Fresno, CA 93721
(559) 487-5561 x232
Fax: (559) 487-5950
Email: marc_ament@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

I hereby attest and certify on 11/1/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

**Pending Counts**                                                **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                             **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                    **Disposition**
None

**Plaintiff**

| | |
|---|---|
| USA | represented by **Laurel Jackson Montoya**<br>United States Attorney<br>2500 Tulare Street<br>Suite 4401<br>Fresno, CA 93721<br>(559) 497-4007<br>Fax: (559) 497-4099<br>Email: laurel.j.montoya@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2007 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED from the Northern District of California as to Agustin Benitez-Mondragon. (Arellano, S.) (Entered: 10/23/2007) |
| 10/24/2007 | 2 | MINUTES (Text Only) for proceedings held before Judge Gary S. Austin on 10/24/2007 :INITIAL APPEARANCE re OUT OF DISTRICT WARRANT re COMPLAINT as to Agustin Benitez-Mondragon HELD - rights given; defendant WAIVES I.D. hearing. Defendant ORDERED DETAINED and TRANSPORTED back to the Northern District of CA, San Jose division. Appearance entered by Laurel Jackson Montoya for USA, Marc C Ament for Agustin Benitez-Mondragon. Defendant Mondragon TERMINATED. CASE CLOSED. Government Counsel L. Montoya present. Defense Counsel M. Ament (APPOINTED) present. Custody Status: (In Custody). Court Reporter/CD Number: M. Rooney. Interpreter D. Pflug present. (Vasquez, J) (Entered: 10/24/2007) |
| 10/24/2007 | 3 | COMMITMENT to ANOTHER DISTRICT signed by Judge Gary S. Austin on 10/24/07 as to Agustin Benitez-Mondragon. Defendant committed to the Northern District of California at San Jose. (Arellano, S.) (Entered: 10/24/2007) |
| 10/24/2007 | 4 | DETENTION ORDER as to Agustin Benitez-Mondragon signed by Judge Gary S. Austin on 10/24/2007. (Vasquez, J) (Entered: 10/24/2007) |
| 11/01/2007 | 6 | TRANSMITTAL of DOCUMENTS, pursuant to 3 Commitment to Another District, on *10/24/2007* to * Northern District of California* *Office of the Clerk* *280 South 1st Street* *San Jose, CA 95113*. *Electronic Documents: 1 to 4. *. (Arellano, S.) (Entered: 11/01/2007) |