# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, November 28, 2007
**Case Number:** CR-07-00408-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. AGUSTIN BENITEZ-MONDRAGON**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Agustin Benitez-Mondragon |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:

   Status review hearing held.  Counsel, Spanish interpreter Lupita Arce and defendant are present.  Continued to 1/16/08 at 9:00 a.m. for further status review.  49 days are excluded for the reasons stated.