1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BENITEZ-MONDRAGON

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00408 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| AUGUSTIN BENITEZ-MONDRAGON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

17    Defendant and the government, through their respective counsel, hereby stipulate that,
18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for
19 Wednesday, January 16, 2008, be continued to Wednesday, February 13, 2008, at 9:00 a.m.  The
20 continuance is requested because of ongoing defense investigation including obtaining records on
21 defendant's prior convictions.
22    The parties further agree that time should be excluded under the Speedy Trial Act from
23 January 16, 2008, to February 13, 2008, because the defense and the government require time for
24 continued investigation, and the ends of justice outweigh the defendant's and the public's need
25 for a speedy trial.
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00408 JF                        1

1  Dated:     01/15/08                           _____/s/_____
2                                                 LARA S. VINNARD
                                                  Assistant Federal Public Defender

3  Dated:     01/15/08                           _____/s/_____
4                                                 JEFF SCHENK
                                                  Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for January 16, 2008, to allow time for continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 16, 2008, be continued to February 13, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 16, 2008, to February 13, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   1/17/08                                 _____
                                                  JEREMY FOGEL
                                                  United States District Judge