UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, February 13, 2008
**Case Number:** CR-07-00408-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:      UNITED STATES OF AMERICA V. AGUSTIN BENITEZ-MONDRAGON

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Agustin Benitez-Mondragon |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 3/5/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated. Case is referred to Magistrate Judge Lloyd for settlement conference, if requested by defendant.