1 BARRY J. PORTMAN
Federal Public Defender
2 LARA S. VINNARD
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant BENITEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,       )   No. CR 07-00408 JF
                                )
         Plaintiff,             )   **STIPULATION TO CONTINUE**
v.                              )   **HEARING AND EXCLUDE TIME;**
                                )   **[PROPOSED] ORDER**
                                )
AUGUSTIN BENITEZ-MONDRAGON,     )
                                )
         Defendant.             )
_____)

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 5, 2008, at 9:00 a.m., be continued to Wednesday, April 2, 2008, at 9:00 a.m. The continuance is requested to allow additional time for the parties to attend a settlement conference.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter for continuity of counsel and because the parties require time for investigation and preparation, so that the ends of justice outweigh the defendants' and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00408 JF                1

1  Dated: 3/4/08                             _____/s/_____
                                             LARA S. VINNARD
2                                            Assistant Federal Public Defender

3

4  Dated: 3/4/08                             _____/s/_____
                                             JEFFREY SCHENK
5                                            Assistant United States Attorney

6
                                    **ORDER**
7
   The parties have requested a continuance of the hearing set for March 5, 2008, on
8
   grounds that the parties require additional time to participate in a settlement conference.
9
   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
10
   presently set for March 5, 2008, at 9:00 a.m., be continued to April 2, 2008, at 9:00 a.m.
11
   Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
12
   from March 5, 2008, to April 2, 2008, shall be excluded from the period of time within which
13
   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
14

15
   Dated:                                    _____
16                                           JEREMY FOGEL
                                             United States District Judge
17

18

19

20

21

22

23

24

25

26