1    BARRY J. PORTMAN
     Federal Public Defender
2    LARA S. VINNARD
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant BENITEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11   UNITED STATES OF AMERICA,          )    No. CR 07-00408 JF
                                        )
                        Plaintiff,      )    **STIPULATION TO CONTINUE**
12                                      )    **HEARING AND EXCLUDE TIME;**
     v.                                 )    [~~PROPOSED~~] **ORDER**
                                        )
13                                      )
     AUGUSTIN BENITEZ-MONDRAGON,        )
14                                      )
                        Defendant.      )
15   _____)

16                            **STIPULATION**

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19   Wednesday, March 5, 2008, at 9:00 a.m., be continued to Wednesday, April 2, 2008, at 9:00 a.m.

20   The continuance is requested to allow additional time for the parties to attend a settlement

21   conference.

22        The parties further agree that time should be excluded under the Speedy Trial Act until

23   the next hearing of this matter for continuity of counsel and because the parties require time for

24   investigation and preparation, so that the ends of justice outweigh the defendants' and the

25   public's need for a speedy trial.

26

1    Dated: 3/4/08                              _____/s/_____
                                                LARA S. VINNARD
2                                               Assistant Federal Public Defender

3

4    Dated: 3/4/08                              _____/s/_____
                                                JEFFREY SCHENK
5                                               Assistant United States Attorney

6
                                   **<u>ORDER</u>**
7
         The parties have requested a continuance of the hearing set for March 5, 2008, on
8
     grounds that the parties require additional time to participate in a settlement conference.
9
         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
10
     presently set for March 5, 2008, at 9:00 a.m., be continued to April 2, 2008, at 9:00 a.m.
11
         Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
12
     from March 5, 2008, to April 2, 2008, shall be excluded from the period of time within which
13
     trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
14

15

16   Dated:   3/14/08                           _____
                                                JEREMY FOGEL
17                                              United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00408 JF                              2