UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, April 2, 2008
**Case Number:** CR-07-00408-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    UNITED STATES OF AMERICA V. AGUSTIN BENITEZ-MONDRAGON

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Agustin Benitez-Mondragon |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

PROCEEDINGS:
Disposition and sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 51 months prison; 3 years supervised release; and $100.00 special assessment.