1

2

3                          UNITED STATES DISTRICT COURT

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                              SAN JOSE DIVISION

6

7   UNITED STATES OF AMERICA,                Case No.  CR-07-00408-JF
                 Plaintiff,
8                                            SEALING ORDER PURSUANT
        V.                                   TO GENERAL ORDER 54
9
    AGUSTIN BENITEZ-MONDRAGON,
10               Defendant.

11

    _____/
12

13

        The following documents in this action are placed under seal and shall not be opened
14
    except by the United States Sentencing commission for its eyes only and shall not be transmitted
15
    or otherwise opened except by order of this court upon application.
16
        __    Presentence Report
17
         _    Plea Agreement
18
        x_    Statement of Reasons
19

20
    IT IS SO ORDERED.
21

22
    DATED:   April 8, 2008
23
                                             _____
                                             JEREMY FOGEL
24                                           United States District Judge

25

26

27

28